# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PHERAH LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**ZOHO CORPORATION,**<br><br>    Defendant. | **CIVIL ACTION NO 6:15-cv-961-JRG**<br>**(consolidated for pre-trial)**<br><br>**JURY TRIAL DEMANDED** |
| **PHERAH LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**SISENSE, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO 6:15-cv-986-JRG**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Pherah LLC, and defendant Sisense, Inc., in this case, (Dkt. No. 82), and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Pherah LLC, and defendant, Sisense Inc. (6:15-cv-986-JRG), are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled

"**AGREEMENT**" and dated June 2, 2016.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 20th day of June, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE